# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2022 KW 0109

VERSUS

MITCHELL COOK                                   **MAY 9, 2022**

---

In Re:    Mitchell Cook, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          1879-F-2021.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

**GH**
**WRC**

   **Guidry, J.,** concurs and would deny as moot.  The records of
the St. Tammany Parish Clerk of Court's Office reflect the
district court acted on relator's application for postconviction
relief on February 16, 2022.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT